**FILED**

JUL 20 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 1:12-mj-00156 DLB |
| Plaintiff, | ) |
| v. | ) ORDER STAYING MAGISTRATE JUDGE'S ORDER RELEASING DEFENDANT ON HIS |
| GERARDO MORALES, | ) OWN RECOGNIZANCE PENDING HEARING ON THE GOVERNMENT'S MOTION FOR |
| Defendant. | ) REVOCATION HEARING, AND ORDER SETTING BRIEFING SCHEDULE |

Upon application of the United States Government for stay of the order of U.S. Magistrate Judge Dennis L. Beck setting conditions of release for the above-named defendants, and good cause appearing,

IT IS HEREBY ORDERED THAT the Magistrate Judge's release order of the above-named defendant, be stayed pending the disposition of the government's motion to revoke such orders. until a hearing today at 5 pm.

Dated: 7-20-12         _____
                       U.S. District Judge