BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>     v.<br><br>GERARDO MORALES<br><br>          Defendants.<br>_____ | 1:12-CR-00234 LJO<br><br>STIPULATION RE:<br>CONTINUANCE AND ORDER |

The parties to this case enter into the following stipulation:

That the matter be set no earlier than January 9, 2013. The parties are aware that the U.S. Marshals Service has requested the matter be set on January 2, 2013, however defense counsel is unavailable until January 9, 2013. The parties agree to continue the matter to January 9, 2013.

///
///
///
///
///

1

```
DATED: December 31, 2012          Respectfully submitted,
                                  BENJAMIN B. WAGNER
                                  United States Attoreny

                                  By: /s/ Karen A. Escobar
                                  KAREN A. ESCOBER
                                  Assistant U.S. Attorney


                                  /s/ Carl M. Faller
                                  CARL M. FALLER
                                  Attorney for Defendant
                                  Gerardo Morales
```

ORDER

In light of the fact that the defendant has been in custody since December 28, 2012 without being advised of his rights by the Court or of the nature of the proceedings, the request to continue the initial appearance is **DENIED**. However, the Court will entertain an oral motion to set a detention hearing on a different date.

IT IS SO ORDERED.

Dated: **January 2, 2013**          /s/ Jennifer L. Thurston
                                    UNITED STATES MAGISTRATE JUDGE